PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

FILED
APR 10 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

DeRon Mantrale Tippens   #633540
Plaintiff's Name and ID Number

Comal County Jail
Place of Confinement

CASE NO. SA23CA0479 FB
(Clerk will assign the number)

v. Comal County Jail
3000 IH 35 South
New Braunsfels TX, 78130
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Comal County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DeRon Montrale Tippens
5804 Babcock Rd #324
San Antonio Tx, 78240

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Comal Count Jail

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

(1) Rx Form act (2) (Section 1983)
(Improper medical Procedure)

Defendant #2: Dr Gave me Anxiety medication that Caused my blood Pressure to drop instantly and Passed out and did Not Explain before via

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

took medication Passed out ~~and~~ ~~can~~ ~~had~~ ~~best~~ ~~of~~ ~~dropped~~

Defendant #3: Misapropreation of Protocol

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

lowered Blood pressure by medication Resulted in head First Fall From top bunk to Flo

Defendant #4: Denied Proper medical attention

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

(denied) Asked Twice to go to hospital verbally and Filed ~~two~~ 2 request Forms in Jail

Defendant #5: Detramental Instructions

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

After head trauma and Bleeding given 2 IDreprofin and Tylonl and instructed to Rest and sleep after request For hospital, in which I stayed awake in Fear of swelling and damage unknown

3

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Prescribed Anxiety medication by Facility Dr of Comal County Jail and not explained that lowers blood Pressure. Passed out on and fell from top bunk head first to concrete floor, bunks had no Fall protection. laid in my own Puddle of blood 15 minutes before Fellow inmates woke me up I was inconcience bleeding, waited another 15 minutes, Inmates constantly hit emergency button 30 min before staff arrived could have died. Ask to go to hospital for MRI and CatScan twice verbally (denied) wrote and asked 2 times Request Forms (denied) and threatned with Solitary Confinement. Imediatley bailed out and mother took me to hospital directly from Jail to ER, diagnosed with concussion and sinus damage. (Please Read 3 Page hand written paperwork)

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution For Physical, medical, Physcological done to me in the Sum of 20 million 750 thousand U.S. dollars

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

DeRon Montrale Tippens

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

# 633590

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division):_____
 2. Case number:_____
 3. Approximate date sanctions were imposed:_____
 4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date warning was issued:_____

Executed on: 4-3-23
DATE

DeRon Montrale Tippens
DeRon Montrale Tippens
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   03   day of   April   , 20 23 .
           (Day)              (month)              (year)

DeRon Montrale Tippens
DeRon Montrale Tippens
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

(1 of 3)

Clerk US District
Court Western District
of Texas 262 West
St Ave. San Antonio T
78202

SA23CA0479FB

23-March-2023

I Delon Montrale Tippens ssn: 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, an inmate at Comal County Jail, would like to launch a civil law suite against New Braunsfels Comal County Jail Facility for the sum of 20 million 750 thousand US dollars for the following violations against my human and Constitutional rights. In point I will elaborate in the order of importance.

- Improper medical procedure due to the fact that medication issued by Facility doctor for anxiety lowered blood pressure resulting in me, Delon Montrale Tippens losing consciousness and falling from top bunk.

- Misapropreation of Protocol due to the fact resulting of losing consciouness fell head first on to concrete floor resulting in bleeding head trauma from gash on impact still unconscious laying in

(2 of 3)

puddle of my own blood face down and to the side for 15 minutes before fellow inmates awakened and cared for me, in which another 15 minutes passed before staff arrived.

- Denied the proper medical attention due to the fact I was denied a wheel chair and forced to walk to Nurses Station. Once there gained full consciousness and was bleeding from left side of forehead and had severe headache with throbbing pain and sinus issues. I imediately asked to be taken to local hospital for xrays and MRI for proper medical care, and was denied.

- Threatened with Retaliation due to the fact I wrote and filled out two more medical request forms, in which they were denied and was then threatened to be put in Solitary Confinement.

- Detramental Instructions due to the fact that after all efforts for proper hospital procedures denied, I was given 2 tylnol and 2 IB profin asprin and told to go to sleep and get some rest, in which I stayed awake and was in fear of what would happen if I fell

Asleep due to head trauma and Fall and while still expericeng sever throbing head pain and Sinus problems, Nurse butterFly and taped head wound and sent me back to cell.

o OFFicial misconduct of duty due to the Fact of all the above lawless deeds preformed by medical staff here at Comal County Jail

Due to the negligance and Improper unproFFessional procedures of Comal County Jail medical Facilities, Upon my release by way of bail, my mother imediatly took me to local hospital for emergency care at 12am imediatly after I walked out Jail, MRI and Catscan was given right a way by hospital and Doctor at hospital informed me that sinus problems would be part of everyday liFe, and then prescribed Pider medication; I have all dated and documented paperwork on hand For civil case.

XUD.UCC 1-308
X Remedy & Recourse
X DeRon Montrale Tippins
X DeRon Montrale Tippins