**FILED**

JUL 10 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# United States District Court
## Western District of Texas
### San Antonio Division

| | |
|---|---|
| DeRon Montrale Tippens #633590<br>PLAINTIFF<br>VS<br>Comal County, CoRR Health Services<br>Defendants | Motion for Judgment by default Civil<br>Action No: SA-23-CV-479-FB |

Plantiff move this Court for a judgment by default in this action, and show that the complaint in the above case was filed in this Court on the 10th day of April, 2023; the Summons and Complaint were duly served on the defendants, Comal County and CoRR Health Services on the 3rd day of June, 2023; no answer or other defense has been filed by the defendants; default was entered in the civil docket in the office of this Clerk on the 7th day of July, 2023; no proceedings have been taken by the defendants since the default was entered; Defendants were not in military services and are not infants or incompetent as appears in the declaration of DeRon Montrale Tippens #633590 submitted herewith. Wherefore, Plantiff moves that this Court make and enter a judgement that Comal County pays PLANTIFF, DeRon Montrale Tippens #633590 the sum of Twenty million seven hundred fifty thousand U.S. Currency dollars, also that Comal County drops all charges against Plantiff permanently, and to be banished from Comal County. PLANTIFF also seeks the sum of forty million seven hundred fifty thousand

U.S. Currency dollars for relief for Fraud, denial of proper medical care, mental, physical, Negligance, Emotional ~~distress~~ distress and financial damages.

dated: July 7, 2023

X  DeRon Montrale Tippens #633590
X  DeRon Montrale Tippens #633590

Address: DeRon Montrale Tippens #633590
3000 IH 35 South
New Braunfels TX, 78130



Deron Tippens 633590
3000 IH 35 S
NEW BRAUNFELS, TX 78130
6/26/2023

[xxx...Legal Mail...xxx]

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
7 JUL 2023 PM 4 L

RECEIVED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

COMAL COUNTY JAIL
INMATE MAIL

[xxx.Legal mail.xxx]

Clerk U.S. District Court
Western District of Texas
262 West Nueva Street
San Antonio TX 78207

78207-452999



[xx LEGAL MAIL xxx] xxxxx

July 7th 2023

Mailed out July 7th, 2023

Note Upon Receipt of this Letter

[xxx.. Legal Mail xxx]

mailed July 7th 2023