UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DERON MONTRALE TIPPENS,** § <br> # 633590, § <br> § <br> Plaintiff, § <br> § **SA-23-CV-00479-FB** <br> v. § <br> § <br> **COMAL COUNTY JAIL; ET AL.,** § <br> § <br> Defendants. § | |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff DeRon Montrale Tippens's 42 U.S.C. § 1983 Amended Civil Rights Complaint for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Tippens's Section 1983 claims against Defendants, Comal County, Major Delgado (Director of Comal County Jail), Corr. Health Services, Dr. Doleshaw (mental health physician for Corr. Health Services) and Dr. Garner ("head medical doctor for Corr. Health Services"), are **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

SIGNED this 22nd day of October, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE